UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY REYNOLDS, )
)
       Plaintiff, ) Case No. 1:10-cv-738
)
v. ) Honorable Paul L. Maloney
)
COMMISSIONER OF )
SOCIAL SECURITY, )
) **JUDGMENT**
       Defendant. )
)

IT IS ORDERED that the stipulated motion to remand this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) (docket # 10) is GRANTED. Judgment is hereby entered in plaintiff's favor, the Commissioner's decision is REVERSED, and the matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated: December 7, 2010         /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  Chief United States District Judge