UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY REYNOLDS,

        Plaintiff,

                                           Case No.: 1:10-cv-738

v.

                                           HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

      The Court has reviewed the Report and Recommendation filed by United States Magistrate

Judge Joseph G. Scoville in this action. The Report and Recommendation was duly served on the

parties. No objections have been filed.

      ACCORDINGLY, the Report and Recommendation (Dkt. #13) is hereby adopted as the

opinion of the Court. Therefore,

      **IT IS HEREBY ORDERED** that plaintiff's premature and unsupported motion for attorney's

fees under the EAJA (Dkt. #12) is **DENIED without prejudice**.

Dated:  February 18, 2011               /s/ Paul L. Maloney_____
                                         Paul L. Maloney
                                         Chief United States District Judge